# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-CR-30003-WDS |
| ) | |
| TYRONE W. JACKSON and ) | |
| MADLON S. LADD, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM & ORDER

**STIEHL, District Judge:**

Before the Court are several pre-trial motions in limine which the Court will address collectively.

1. Initially, the defendants have each filed motions in limine (Docs. 53 and 55) addressed to evidence related to alleged child abuse, specifically battery of a minor child, which is alleged to have occurred on October 27, 2007, and resulted in the Illinois Department of Children and Family Services being called to investigate and the filing of criminal charges against defendant Ladd. Those charges are currently pending in the Circuit Court, Jefferson County, Illinois. The government has filed a response to these motions indicating that it does not intend to introduce this evidence during its case in chief, but if the defendants "open the door" to such evidence, the government will, at that time, seek leave of the Court to introduce such evidence.

In light of the government's response, the defendants' motions in limine directed to evidence of child abuse are **DENIED** as moot.

2. Defendant Jackson has filed a second motion in limine (Doc. 58) directed to the

government's introduction of specific evidence. The government has filed a response to the motion (Doc. 70). The defendant's motion is addressed to non-specific Rule 404(b) evidence which the defendant seeks to preclude the government from introducing at trial. The Court has previously ruled on a Rule 404(b) motion (Order at Doc. 64) and has, today, issued a ruling on the government's second motion in limine (Motion at Doc. 66, Order at Doc. 79). In light of these rulings, the Court **DENIES** as moot, defendant's second motion in limine.

**IT IS SO ORDERED.**

**DATE:** __11 July, 2008__

  __s/ WILLIAM D. STIEHL__
  **District Judge**